| | |
|---|---|
| STATE OF RHODE ISLAND<br>NEWPORT, SC | SUPERIOR COURT |

| | |
|---|---|
| LINDA CRAWFORD<br>*Plaintiff* | |
| VS | C.A. No. NC-2023-0189 |
| SALVE REGINA UNIVERSITY (SRU);<br>SALVE REGINA UNIVERSITY BOARD<br>OF TRUSTEES THROUGH ITS PRESIDENT<br>DR. KELLIE J. ARMSTRONG; JAMES G.<br>MITCHELL, CHAIR SRU DEPARTMENT OF<br>MODERN LANGUAGES and PRESIDENT,<br>SALVE REGINA AAUP CHP; ESTHER<br>ALARCON-ARANA, FACULTY, SRU DEPT.<br>OF MODERN LANGUAGES; EMILY<br>COLBERT-CAIRNS; FACULTY, SRU DEPT.<br>OF MODERN LANGUAGES<br>*Defendant* | |

## **DEFENDANTS' REMOVAL NOTICE PURSUANT TO 28 U.S.C. § 1446(d)**

Defendants hereby give notice under 28 U.S.C. § 1446(d) that they have filed the Notice of Removal (the "Notice of Removal") attached hereto as *Exhibit 1* in the United States District Court for the District of Rhode Island (the "Federal Court"). Defendants' filing of this and the attached Notice of Removal with the Clerk of this Court shall effect removal of this action to the Federal Court, and this Court may proceed no further unless and until this case is remanded.

[SIGNATURES TO FOLLOW ON SUBSEQUENT PAGE]

Respectfully submitted,

Defendants,

By their Attorneys,

/s/ *Joseph D. Whelan*
/s/ *Sara A. Rapport*
/s/ *Matthew H. Parker*
Joseph D. Whelan (#5694)
Sara A. Rapport (#6184)
Matthew H. Parker (#8111)
WHELAN CORRENTE & FLANDERS, LLP
100 Westminster Street, Suite710
Providence, RI  02903
Tel:  401-270-4500
Fax:  401-270-3760
jwhelan@whelancorrente.com
srapport@whelancorrente.com
mparker@whelancorrente.com

Dated:  September 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I caused a copy of the foregoing document to be served upon counsel of record via electronic mail as follows:

Stephen T. Fanning
305 South Main Street
Providence, RI  02903
Stephen.fanning@msn.com


/s/ *Matthew H. Parker*

WC93007