# EXHIBIT B

Case 1:23-cv-00380-MSM-PAS    Document 1-4    Filed 09/13/23    Page 1 of 3 PageID #: 90

**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

**NEWPORT, SC.**

| | | |
|---|---|---|
| LINDA CRAWFORD, | ) | |
|     Plaintiff | ) | |
| | ) | C.A. No. NC 2023-0189 |
| v. | ) | |
| | ) | |
| SALVE REGINA UNIVERSITY (SRU); | | |
| SALVE REGINA UNIVERISTY BOARD | | |
| OF TRUSTEES THROUGH ITS PRESIDENT | | |
| DR. KELLIE J. ARMSTRONG; | | |
| JAMES G. MITCHELL, CHAIR SRU DEPARTMENT | | |
| OF MODERN LANGUAGES and PRESIDENT, | | |
| SALVE REGINA AAUP CHP.; | | |
| ESTHER ALARCON-ARANA, FACULTY, SRU DEPT. | | |
| OF MODERN LANGUAGES; | | |
| EMILY COLBERT-CAIRNS, FACULTY, SRU DEPT. | | |
| OF MODERN LANGUAGES | | |
|     Defendants | ) | |

## STIPULATION AS TO SERVICE

Now come the Plaintiff and the Defendant(s) in the above action and hereby do stipulate and agree as follows:

1) Undersigned counsel for the Defendant(s) agrees to accept service via email on behalf of all of the above-referenced Defendants as of August 21, 2023;
2) Defendants shall have up to and including October 20, 2023 to plead or otherwise Defend;
3) Defendants waive and/or otherwise agree not to plead affirmative defenses as to sufficiency of process and/or sufficiency of process served;
4) This stipulation shall be filed and/or served in lieu of return of service as to the Defendants.

4869-2315-4956.1

Respectfully Submitted,
Plaintiff, Linda Crawford,
By Her Attorney,

*/s/ Stephen T. Fanning*

_____

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)
stephenfanning@msn.com

Defendants, Salve Regina University, et al.
By Their Attorney,

*/s/ Joseph D. Whelan*

Joseph D. Whelan, Esq. #5694
Whelan, Corrente & Flanders LLP
100 Westminster Street, Suite 710
Providence, RI 02903
401-270-4500

## CERTIFICATE OF SERVICE

I hereby certify that, on this August 30, 2023, I filed and served this document through the electronic filing system. The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

_/s/ Stephen T. Fanning, Esq._____
Stephen T. Fanning

4869-2315-4956.1